[No. 26264-2-III. Division Three. August 19, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY EDWARD KRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-00317-7, Michael P. Price, J., entered May 24, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26337-1-III. Division Three. August 21, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. DEWEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 06-1-00352-6, Michael E. Cooper, J., entered July 16, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 26550-1-III. Division Three. August 21, 2008.]

BRAVO FARMS, LLC, *Appellant*, v. RICHARD BATTIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 05-2-00051-8, Evan E. Sperline, J., entered July 5, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 59458-3-I. Division One. August 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. PETROS A. HABTEMARIAM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-10342-2, Laura C. Inveen, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Agid and Ellington, JJ.